IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE: CROSS v. USP-ALLENWOOD        )
                                  )
                                  ) CIVIL ACTION NUMBER: 1:22-CV-0098
                                  )
                                  )
                                  )
                                  )

FILED
SCRANTON
FEB 2 5 2022
PER _____
DEPUTY CLERK

### MONETARY RELIEF IN SUPPLEMENT OF COMPLAINT

I am seeking $8,000 monetary damages due to the side--effects and being put through emotional distress continually.

I am seeking injunctive relief on P.A. Wickham so that he cannot harm me anymore.

Date: February 22, 2022

*Alito Cross*

Alito Tijwan Cross



INMATE NAME/NUMBER: Alto T. Cross #34517-057
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887

RECEIVED
SCRANTON
FEB 25 2022 Penitentiary
PER [signature] EP
DEPUTY CLERK

FEB 22 2022

HARRISBURG PA 171
23 FEB 2022 PM 4 L

Middle District Of Pennsylvania
℅ Clerk Of Court
Peter J. Welsh
P.O. Box #1148
Scranton, PA. 18501-1148

18501-114848

— Legal Mail —