IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALITO TIJWAN CROSS and PAMALA CROSS, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant | CIVIL ACTION NUMBER: 1:22-CV-98 <br><br> (Judge Conner) <br><br> FILED <br> SCRANTON <br> AUG 1 9 2022 <br> PER _____ <br> DEPUTY CLERK |

## REPLY TO RESPONSE OF THE UNITED STATES OF AMERICA

To wit: If this Honorable Court holds that this Plaintiff filed under the Federal Tort Claim Act instead of under "Bivens", then the Plaintiff seeks permission to Amend the Complaint.

Date: June 13, 2022

*Alito Cross*

.1.

INMATE NAME/NUMBER: Alite T Crow #34517-057
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887

Legal Mail
Judge Conroe

Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501-1148

Mailed From US Penitentiary

AUG 17 2022

HARRISBURG PA 171
17 AUG 2022 PM 2 L

RECEIVED
SCRANTON
AUG 19 2022
PER _____
DEPUTY CLERK