IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALITO TIJWAN CROSS** and **PAMELA CROSS**, : | CIVIL ACTION NO. 1:22-CV-98 |
| : | |
| : | **(Judge Conner)** |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| **UNITED STATES OF AMERICA**, : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 25th day of August, 2022, upon consideration of the court's August 10, 2022 order (Doc. 31) wherein the court dismissed plaintiffs' FTCA claims against defendant United States of America with prejudice, granted plaintiffs leave to amend their complaint to bring civil rights claims pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and directed plaintiffs to file their amended complaint on or before September 10, 2022, and further upon consideration of plaintiffs' August 19, 2022 motion (Doc. 32) for leave to amend, wherein plaintiffs seek leave to amend their complaint to state civil rights claims pursuant to <u>Bivens</u>, and the court observing that plaintiffs have already been granted such relief through the court's August 10, 2022 order, it is hereby **ORDERED** that plaintiffs' August 19, 2022 motion (Doc. 32) for leave to amend is **DENIED AS MOOT**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania