AMENDED--CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALITO TIJWAN CROSS      34517-057                           :

**Full Name of Plaintiff          Inmate Number**           :

                                                        :          Civil No. __1:22-CV-98__

                                v.                      :          (to be filled in by the Clerk's Office)

                                                        :

DOCTOR BUSCHMAN                                              :          (___) Demand for Jury Trial

**Name of Defendant 1**                                     :          (_X_) No Jury Trial Demand

                                                        :

PHYSICIAN'S ASSISTANT WICKHAM                               :

**Name of Defendant 2**                                     :

                                                        :

H. QUAY                                                      :

**Name of Defendant 3**                                     :

                                                        :

                                                        :          FILED
                                                                        SCRANTON
**Name of Defendant 4**                                     :
                                                                        SEP 1 2 2022
                                                        :          PER
                                                                        DEPUTY CLERK
                                                        :

**Name of Defendant 5**                                     :

(Print the names of all defendants.  If the names of all    :

 defendants do not fit in this space, you may attach        :

additional pages. Do not include addresses in this          :

section).                                                   :

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

_X_    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
        (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
        United States

II.  **ADDRESSES AND INFORMATION**

A.  **PLAINTIFF**

CROSS, ALITO, TIJWAN

Name (Last, First, MI)

34517-057

Inmate Number

UNITED STATES PENITENTIARY ALLENWOOD

Place of Confinement

POST OFFICE BOX 3500

Address

WHITE DEER, UNION    , PENNSYLVANIA  17887

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___  Pretrial detainee
___  Civilly committed detainee
___  Immigration detainee
___  Convicted and sentenced state prisoner
_X_  Convicted and sentenced federal prisoner

B.  **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

BUSCHMAN, F.N.U.

Name (Last, First)

PHYSICIAN F.N.U.

Current Job Title

FEDERAL CORRECTIONAL COMPLEX ALLENWOOD

Current Work Address

WHITE DEER, UNION, PENNSYLVANIA 17887

City, County, State, Zip Code

Defendant 2:

WICKHAM, F.N.U.

Name (Last, First)

PHYSICIAN'S ASSISTANT

Current Job Title

FEDERAL CORRECTIONAL COMPLEX ALLENWOOD

Current Work Address

WHITE DEER, UNION, PENNSYLVANIA 17887

City, County, State, Zip Code


Defendant 3:

QUAY, H.

Name (Last, First)

FORMER WARDEN

Current Job Title

RETIRED

Current Work Address


City, County, State, Zip Code


Defendant 4:


Name (Last, First)


Current Job Title


Current Work Address


City, County, State, Zip Code

Defendant 5:


Name (Last, First)


Current Job Title


Current Work Address


City, County, State, Zip Code

### III.   STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

At United States Penitentiary Allenwood on the Transitional
Care Unit beginning in approximately February 2021 up until
and including this date

B.   On what date did the events giving rise to your claim(s) occur?

Approximately September and October 2021

C.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

The defendant's deliberate indifference to my Type 2 diabetes
has caused me to go through low sugar episodes and lose consciousness
on 4 occasions.

IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what
constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to
assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if
needed.

To show such deliberate indifference,  I  must establish two
elements. First, I must show a "serious medical need" by demon-
strating that failure to treat a medical condition could result
in significant further injury or the "unnecessary and wanton
infliction of pain." Second, I must show that the prison officials
were aware of failed to respond to my pain and medical needs,
and that I suffered some harm because of that failure.

It took defendant #1 13 months to treat my medical condition
subsequent to being informed of me losing consciousness on 4
occasions during the 13 month period. The United States Supreme
Court has consistently held that consciously ignoring a prisoner's
serious medical needs amounts to Cruel and Unusual Punishment in
violation of the Eighth Amendment to the United States Constitution.

V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described
above.

I have loss consciousness on 4 occasions. My life was placed
in danger. My vision is impaired and I have severed mental stress.

VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages,
you may want the court to order a defendant to do something or stop doing something, or you may be
seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not
request a specific amount of money.

MONETARY DAMAGES.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address.  If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing.  By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.


_Alito T. Cross_

Signature of Plaintiff


_6-27-2022_

Date

Date: 9-6-22

Dear Office OF THE Clerk:

With all-do-Respect, I Alito T. Cross ask THE Clerk's permission To return a copy OF my Amended Civil Complaint, Do-to-tHe-Fact I Hud No time To make a copy For myself.

Sincerely,

A/ Cross



Alfro T. Cross #34517-057
USP-Allenwood
P.O. Box 3000
White Deer, PA 17887

RECEIVED
SCRANTON

SEP 12 2022

PER _____
DEPUTY CLERK

Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501-1148

Legal Mail