IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALITO TIJWAN CROSS** | : | CIVIL ACTION NO. 1:22-CV-98 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DOCTOR BUSCHMAN,** *et al.*, | : | |
| Defendants | : | |

# ORDER

AND NOW, this 11th day of October, 2022, upon review of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's amended complaint (Doc. 34) is DISMISSED with prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania