UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALITO TIJWAN CROSS AND PAMELA CROSS, | CIVIL NUMBER 1:22-CV-98 |
| Plaintiffs | |
| v. | (Conner, J.) |
| UNITED STATES OF AMERICA | |
| Defendant | |

FILED
HARRISBURG, PA
NOV 18 2022
PER _____
DEPUTY CLERK

NOTICE OF APPEAL FROM DISMISSAL ORDER

This is a notice of appeal of the Order dismissing the above captioned case with prejudice.

Date: November 15, 2022

ALITO TIJWAN CROSS ® 34517-057

INMATE NAME/NUMBER: ALITO TIJWAN CROSS ®34517-057
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD   USP
P.O. BOX 3000
WHITE DEER, PA 17887



HARRISBURG PA 171
16 NOV 2022 PM 1



RECEIVED
HARRISBURG, PA
NOV 18 2022
PER _____ DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
POST OFFICE BOX 983
HARRISBURG, PENNSYLVANIA 17108

LEGAL MAIL

17108-098383